```
                              United States Bankruptcy Court
                                    District of Nevada
In re:                                                                                  Case No. 12-22475-mkn
ARNALDO FRANCESCO TRABUCCO                                                              Chapter 7
           Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0978-2           User: admin                 Page 1 of 3                  Date Rcvd: Nov 07, 2012
                               Form ID: B9A                Total Noticed: 65


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2012.
db             ARNALDO FRANCESCO TRABUCCO,    P.O. BOX 3660,    LAUGHLIN, NV   89028
8215439       +AGNES CARILLO,    5973 STARCREST AVENUE,    Reno, NV 89523-2532
8215443       +BANK OF AMERICA MERCHANT SERVICES, LLC.,     1231 DURRETT LANE,    Louisville, KY 40213-2041
8215444       +BARCLAY BUSINESS CARD SERVICES,    Acct No 000104034,    P.O. BOX 3066,    Columbus, GA 31903-0066
8215445       +BARCLAY'S BANK,    Acct No 000104034,    P.O. Box 8803,    Wilmington, DE 19899-8803
8215447       +BLUE CROSS OF CALIFORNIA,    C/O ORS,    P.O. BOX 290067,    Nashville, TN 37229-0067
8215448       +CBS,   COMPLETE BUSINESS SYSTEMS,    52 SOUTH HOPE ROAD,    SUITE #3,
                Golden Valley, AZ 86413-9015
8215449       +CBS OFFICE AUTOMATION,    52 SOUTH HOPE ROAD,    SUITE #3,    Golden Valley, AZ 86413-9015
8215451       +CHASE CARDMEMBER SERVICE,    Acct No XXXXXX2503,    P.O. BOX 94314,    Palatine, IL 60094-4314
8215452       +CLERK OF BARTHOLEMEW COUNTY COURT,    P.O. BOX 924,    Columbus, IN 47202-0924
8215453        COLLECTION BUREAU SERVICES,    Acct No 31533XXXX,    212 EAST SPRUCE STREET,    P.O. BOX 8088,
                Missoula, MT 59807-8088
8215454        COLLECTION CENTER OF KALISPELL,    Acct No 618068000006XXXX,    OUTLAW INN,    SUIT 266,
                Kalispell, MT 59901
8215455       +COMPLETE BUSINESS SYSTEMS,    52 SOUTH HOPE ROAD,    SUITE #3,    Golden Valley, AZ 86413-9015
8215457        CREDIT BUREAU SYSTEMS, INC.,    Acct No 00824437,    P.O. BOX 9200,    Paducah, KY 42002-9200
8215456        CREDIT BUREAU SYSTEMS, INC.,    Acct No 1962972,    P.O. BOX 9200,    Paducah, KY 42002-9200
8215458       +ENSAMBLE REAL ESTATE MANAGEMENT,    2375 EAST PRATER WAY,    Sparks, NV 89434-9641
8215459       +ERMANNO & ANGELA TRABUCCO,    2216 ROUT 106,    MUTTONTOWN, NY 11791-9665
8215460       +EVA DELANGE,    22510 NORTH 71ST LANE,    Glendale, AZ 85310-5655
8215461       +FIRST DATA,    265 Broad Hollow Road,    Melville, NY 11747-4833
8215462       +GLORIA MITCHELL, ESQ.,    Acct No CASE NO. 03C01-0712-DR-2483,     9959 CROSSPOINT BOULEVARD,
                Indianapolis, IN 46256-3391
8215463        HERNIAMESH S.R.L.,    VIA FRATELLI MELIGA 1/C,    10034 CHIVASSO,    PROVICE OF TURIN,    ITALY
8215464       +HERNIAMESH SRL,    5 HAMPTON ROAD,    Great Neck, NY 11020-1703
8215465       +JENNINGS COUNTY AUDITOR,    P.O. BOX 383,    Vernon, IN 47282-0383
8215466       +LAURA M. GASKILL, ESQ.,    Acct No 03C01-0712-DR-2483,    9959 CROSSPOINT BOULEVARD,
                Indianapolis, IN 46256-3391
8215467       +MARK H. GUNDERSON, ESQ.,    Acct No CASE NO. CV2011 008898,    GUNDERSON LAW FIRM,
                3895 WARREN WAY,    Reno, NV 89509-5243
8215468       +MAYO CLINIC,    Acct No 7-657-690,    13400 EAST SHEA BLVD.,    Scottsdale, AZ 85259-5452
8215470       +MICHAEL W. KEANE, ESQ.,    Acct No CV10-00031,    6100 NEIL ROAD,    SUITE 500,    P.O. BOX 2311,
                Reno, NV 89505-2311
8215471        MITCHELL & ASSOCIATES,    9959 CROSSPOINT BLVD.,    Fort Wayne, IN 46856
8215472       +MOHAVE DESERT RADIOLOGY, PLC,    Acct No 183580,    P.O. BOX 579,    Cottonwood, AZ 86326-0579
8215469       +McBRIDE & ASSOCIATES, LTD.,    Acct No TRAB4173,    4000 SOUTH EASTERN AVENUE,    SUITE 220,
                Las Vegas, NV 89119-0825
8215473       +NEVADA ONE C.U.,    2600 WEST SAHARA AVENUE,    Las Vegas, NV 89102-4327
8215474       +OVERPAYMENT RECOVERY SERVICES,    Acct No 665075-102,    P.O. BOX 290067,
                Nashville, TN 37229-0067
8215475       +PAMEL TRABUCCO,    Acct No 03A05-1003-DR-195,    17668 KAREN STREET,    Omaha, NE 68135-3638
8215476       +PAMELA TRABUCCO,    Acct No 03A05-1003-DR-195,    C/O REBECCA EIMERMANN, ESQ.,    EIMERMANN LAW,
                P.O. BOX 165,    Zionsville, IN 46077-0165
8215477       +PAMELA TRABUCCO,    C/O REBECCA EIMERMANN, ESQ.,    EIMERMANN LAW,    P.O. BOX 165,
                Zionsville, IN 46077-0165
8215478       +PATIENT 'P',    4386 CINDY ROAD,    Fort Mohave, AZ 86426-5328
8215479       +PATIENT 'R',    P.O. BOX 112,    Topock, AZ 86436-0112
8215480       +REBECCA M. EIMERMAN, ESQ.,    Acct No 03C01-0712-DR-2483,    9959 CROSSPOINT BOULEVARD,
                Indianapolis, IN 46256-3391
8215481       +RECEIVABLE MANAGEMENT GROUP, INC.,    Acct No 9BLWKJ,    2901 UNIVERSITY AVENUE,    SUITE 29,
                Columbus, GA 31907-7601
8215482       +REEVES, EVANS & TODD, CPAs,    Acct No 75582 001,    8985 SOUTH EASTERN AVENUE,    SUITE 210,
                Las Vegas, NV 89123-4852
8215483       +RENEE S. PERILLO,    1051 VIA DI OLIVIA,    Henderson, NV 89011-0810
8215484        RENOUN REGIONAL MEDICAL CENTER,    Acct No 1102048327,    BUSINESS OFFICE,    DEPT. 8775,
                Los Angeles, CA 90084-8775
8215486       +RENOWN REGIONAL MEDICAL CENTER,    Acct No 1102048327,    1155 MILL STREET,    Reno, NV 89502-1576
8215485       +RENOWN REGIONAL MEDICAL CENTER,    Acct No 1102048327,    75 PRINGLE WAY,    Reno, NV 89502-1464
8215487       +RGR MEDICAL EQUIPMENT,    1051 VIA DI OLIVIA STREET,    Henderson, NV 89011-0810
8215489      #+RICHARD A. CARDONE,    5300 SOUTH HIGHWAY 95,    SUITE C,    Fort Mohave, AZ 86426-9251
8215490       +RICHARD A. CARDONE,    3003 HIGHWAY 95,    SUITE 33,    Bullhead City, AZ 86442-7896
8215491       +RICHARD CARDONE,    Acct No CASE NO. CV 2012-04134,    C/O. PAUL LENKOWSKY, ESQ.,
                1181 HANCOCK ROAD,    Bullhead City, AZ 86442-5964
8215492        ROBERT GARELICK, ESQ,    COHEN, GARELICK & GLAZIER,    888 KEYSTONE CROSSING BLVD.,    SUITE 800,
                Indianapolis, IN 46204
8215494       +SPARKS MEDICAL PROPERTIES, LLC,    Acct No CASE NO. CV2011 008898,    C/O CRAIG T. IRISH,
                2400 EAST ARIZONA BILTMORE CIRCLE,    SUITE 1300,    Phoenix, AZ 85016-2115
8215493       +SPARKS MEDICAL PROPERTIES, LLC,    Acct No CASE NO. CV10-00031,    C/O MARK G. SIMONS, ESQ.,
                ROBISON, BELAUSTEUI, SHARP,    71 WASHINGTON STREET,    Reno, NV 89503-5636
8215496       +STATEWIDE CREDIT,    Acct No 237XXXXX,    6957 Hillsdale Court,    Indianapolis, IN 46250-2054
8215495      #+STATEWIDE CREDIT,    Acct No 2378382,    6640 INTECH BLVD.,    SUITE 200,
                Indianapolis, IN 46278-2037
8215499        VALLEY VIEW MEDICAL CENTER,    Acct No 3039094,    P.O. BOX 84552,    Dallas, TX 75284-5522
```

```
District/off: 0978-2           User: admin              Page 2 of 3                   Date Rcvd: Nov 07, 2012
                               Form ID: B9A             Total Noticed: 65

 8215498       +VALLEY VIEW MEDICAL CENTER,    5300 HIGHWAY 95,    Fort Mohave, AZ 86426-9251
 8215497       +VALLEY VIEW MEDICAL CENTER,    Acct No 3039094,    5300 HIGHWAY 95,    Fort Mohave, AZ 86426-9251
 8215500       +WOODBURN & WEDGE,    Acct No 18403-0001-JPF,    6100 NEIL ROAD,    SUITE 500,    P.O. BOX 2311,
                 Reno, NV 89505-2311
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: mpatterson@pattersonassociateslaw.com Nov 08 2012 02:00:43     MARK W PATTERSON,
                 PATTERSON & ASSOCIATES, LTD.,    3127 EAST WARM SPRINGS ROAD,    SUITE 100, BUILDING 6,
                 LAS VEGAS, NV  89120
tr             +EDI: BDAROSENBERG.COM Nov 08 2012 03:24:00      DAVID A. ROSENBERG,    5030 PARADISE ROAD #B-215,
                 LAS VEGAS, NV 89119-1225
ust            +E-mail/Text: USTPRegion17.LV.ECF@usdoj.gov Nov 08 2012 02:03:01      U.S. TRUSTEE - LV - 7,
                 300 LAS VEGAS BOULEVARD, SO.,    SUITE 4300,    LAS VEGAS, NV 89101-5803
 8215441        EDI: AMEREXPR.COM Nov 08 2012 03:18:00      AMERICAN EXPRESS,    Acct No XXXXX81001,
                 P.O. BOX 360001,    Fort Lauderdale, FL 33336-0001
 8215440        EDI: AMEREXPR.COM Nov 08 2012 03:18:00      AMERICAN EXPRESS,    Acct No XXXXX11009,
                 P.O. BOX 360001,    Fort Lauderdale, FL 33336-0001
 8215442        EDI: AMEREXPR.COM Nov 08 2012 03:18:00      AMERICAN EXPRESS,    Acct No XXXXX81027,
                 P.O. BOX 360001,    Fort Lauderdale, FL 33336-0001
 8215446       +EDI: TSYS2.COM Nov 08 2012 03:13:00      BARCLAYS BANK DELAWARE,    Acct No 000104034,
                 ATTN: CUSTOMER SUPPORT,    PO BOX 8833,    Wilmington, DE 19899-8833
 8215450       +EDI: CHASE.COM Nov 08 2012 03:18:00      CHASE BANK,    Acct No XXXXX2503,    P.O. Box 15298,
                 Wilmington, DE 19850-5298
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 8215488*     +RGR MEDICAL EQUIPMENT,    1051 VIA DI OLIVIA STREET,    Henderson, NV 89011-0810
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 09, 2012**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0978-2          User: admin              Page 3 of 3             Date Rcvd: Nov 07, 2012
                              Form ID: B9A             Total Noticed: 65
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2012 at the address(es) listed below:
NONE.                                                                                                TOTAL: 0

B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/11)    Case Number **12−22475−mkn**

UNITED STATES BANKRUPTCY COURT District of Nevada

# Notice of
# Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 11/6/12.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice. Case documents may be viewed at www.nvb.uscourts.gov.

**Important Notice to Individual Debtors:** Debtors who are individuals must provide government−issued photo identification and proof of social security number at the meeting of creditors. Failure to do so may result in dismissal of their case.

## See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
ARNALDO FRANCESCO TRABUCCO
P.O. BOX 3660
LAUGHLIN, NV 89028

| Case Number:<br>12−22475−mkn<br>Judge: MIKE K. NAKAGAWA | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−4173 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>MARK W PATTERSON<br>PATTERSON & ASSOCIATES, LTD.<br>3127 EAST WARM SPRINGS ROAD<br>SUITE 100, BUILDING 6<br>LAS VEGAS, NV 89120<br>Telephone number: (702) 362−5650 | Bankruptcy Trustee (name and address):<br>DAVID A. ROSENBERG<br>5030 PARADISE ROAD #B−215<br>LAS VEGAS, NV 89119<br>Telephone number: (702) 405−7312 |

## Meeting of Creditors

Date: **December 7, 2012**    Time: **08:00 AM**
Location: **300 Las Vegas Blvd., South, Room 1500, Las Vegas, NV 89101**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 2/5/13**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>300 Las Vegas Blvd., South<br>Las Vegas, NV 89101<br>Telephone number: (702) 527−7000 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>*Mary A. Schott*<br>Mary A. Schott |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: 11/6/12 |

**EXPLANATIONS**                                                                B9A (Official Form 9A) (12/11)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office or at www.nvb.uscourts.gov. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

## EXPLANATIONS
### (CONTINUED)

B9A (Official Form 9A) (12/10)

| | |
|---|---|
| Trustee Information | The United States Trustee has appointed the herein named person as interim trustee effective the date of filing as shown on page 1 of this form. The case is covered by a trustee's blanket bond, the original of which is on file with the court. |
| | The trustee may abandon property of the estate that is burdensome or is of inconsequential value and benefit to the estate without further notice of abandonment, pursuant to 11 U.S.C. Section 554(a). Further notice will be provided upon request only. Any non−exempt property scheduled, but not administered at the time of closing of a case will be deemed abandoned pursuant to 11 U.S.C. Section 554(c). |
| | Please note that the trustee may use, sell or lease all non−exempt property of the estate which has an aggregate value of less than $2,500 WITHOUT FURTHER NOTICE TO CREDITORS. Pursuant to Federal Bankruptcy Rule 6004(d) any objection to the sale of estate property may be filed and served by a party in interest within 25 days of the mailing of this Notice of Commencement of Case. |

Refer to Previous Page for Important Deadlines and Notices